AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| Lorna Keliipuleole | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 21-00170 JAO-KJM |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| Molokai Ohana Health Care Inc. | May 2, 2022 |
| Defendant(s). | At 4 o'clock and 00 min p.m. PAM HARTMAN BEYER, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered pursuant to the "Order Granting Defendant's Motion for Summary Judgment", ECF No. 56, filed May 2, 2022.

| | |
|---|---|
| May 2, 2022 | PAM HARTMAN BEYER |
| Date | Clerk |
| | /s/ PAM HARTMAN BEYER by JI |
| | (By) Deputy Clerk |